No. 885. HICKMAN, ADMINISTRATOR, *v.* TAYLOR ET AL., TRADING AS TAYLOR & ANDERSON TOWING & LIGHTERAGE CO., ET AL. May 27, 1946. The petition for rehearing is granted. The order of April 22 denying the petition for writ of certiorari, 327 U. S. 808, is vacated and the petition for writ of certiorari is granted. *Abraham E. Freedman* and *Charles Lakatos* for petitioner. *Lee Pressman* and *Frank Donner* filed a brief for the United Railroad Workers, as *amicus curiae,* in support of the petition.

No. 1143. GARDNER, TRUSTEE, *v.* NEW JERSEY. June 10, 1946. The petition for rehearing is granted. The order of May 20 denying certiorari, 328 U. S. 850, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is granted. *James D. Carpenter, Jr., Howard L. Kern* and *Alexander H. Elder* for petitioner. *Walter D. Van Riper,* Attorney General of New Jersey, and *Benjamin C. Van Tine* for respondent.

No. 86. GRIFFIN *v.* GRIFFIN. April 29, 1946. U. S. 220.

No. 693. GASKILL ET AL. *v.* ROTH, TRUSTEE, ET AL. April 29, 1946. 327 U. S. 798.